

**NUMBER 13-19-00557-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

WILLIAM E. CRIDDLE,                                              Appellant,

v.

DALM ENTERPRISES, LLC,                                      Appellee.

---

**On appeal from County Court at Law No. 5
of Nueces County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Tijerina
Memorandum Opinion by Justice Hinojosa**

The appellant's brief in the above cause was originally due on March 13, 2020. On March 30, 2020, the Clerk of the Court sent notice to appellant instructing that this appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless appellant reasonably explained the failure and the appellees were not significantly injured by the appellant's failure to timely file a brief.

Appellant has failed to either reasonably explain the failure to file a brief, file a motion for extension of time to file the brief, or file the brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.   *See* TEX. R. APP. P. 38.8(a), 42.3(b)(c).

LETICIA HINOJOSA
Justice

Delivered and filed the
10th day of September, 2020.